STATE OF NEW YORK, COUNTY OF NEW YORK:

I, Joseph G. Haberski, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside an ST, New York, on MAY 29, 2018, I served the within Notice of Motion and Motion to Vacate by mailing a copy to each of the following persons at the last known address set forth after each name below.

TO:   MULLEN AND IANNARONE, P.C.
      300 East Main Street – Suite 3
      Smithtown, New York 11787

_____
HABERSKI

Sworn to before me this 29th

day of May, 2018

_____
Notary Public

KAREN A. ROBINSON
Notary Public, State of New York
Lic. No. 02RO4987879
Qualified in Rockland County
Commission Expires April 11, 20__